AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT |
| v. | |
| RAUL POLANCO-DIAZ | CASE NUMBER: 08CR381-JAH |

    I, <u>RAUL POLANCO-DIAZ</u>, the above named defendant, who is accused committing the following offense:

    Title 8, U.S.C., Sec. 1325 - Illegal Entry (Misdemeanor); Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony); Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 1/31/08 2/14/08 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

 

X Raul Polanco Diaz
Defendant

_____
Counsel for Defendant

Before _____
JUDICIAL OFFICER