AO455 (Rev.5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

SUPERSEDING

| | |
|---|---|
| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT |
| vs. | Case No. 08CR0381-GT |
| RAUL POLANCO-DIAZ (1) | |

I, RAUL POLANCO-DIAZ (1), the above named defendant, who is accused of

8:1325 - ILLEGAL ENTRY (MIS)

8:1325 - ILLEGAL ENTRY (FELONY)

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on _____4-11-08_____ prosecution by indictment and consent that
                                  *Date*
the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
        Judicial Officer