# MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

U.S.A. vs RAUL POLANCO-DIAZ (1)                                              No. 08CR0381-GT

The Court finds excludable delay, under the section indicated by check ( ✓ ), commenced on ___4-11-08___ and ended on ___5-2-08___.

**3161(h)**

___ (1)(A)  Exam or hrg for **mental or physical incapacity**

___ (1)(B)  **NARA exam**ination (28:2902)

___ (1)(D)  State or Federal trials or **other charges pending**

___ (1)(E)  **Interlocutory appeals**

___ (1)(F)  **Pretrial motions** (from flg to hrg or other prompt dispo)

___ (1)(G)  **Transfers from other district** (per FRCrP 20, 21 & 40)

___ (1)(J)  **Proceedings under advisement** not to exceed thirty days

___         Misc proc: Parole or prob rev, deportation, **extradition**

___ (1)(H)  **Transportation** from another district or to/from examination or hospitalization in ten days or less

___ (1)(I)  Consideration by Court of **proposed plea agreement**

___ (2)     **Prosecution deferred** by mutual agreement

___ (3)(A)(B)  **Unavailability of defendant** or **essential witness**

___ (4)     Period of **mental or physical incompetence** of defendant to stand trial

___ (5)     Period of **NARA commitment or treatment**

_X_ (6)     **Superseding indictment and/or new charges**

___ (7)     **Defendant awaiting trial of co-defendant** when no severance has been granted

___ (8)(A)(B)  **Continuances** granted per (h)(8)-use "T" alone if more than one of the reasons below are given in support of continuance

___ (8)(B)(i) 1) Failure to **continue** would stop further proceedings or result in **miscarriage of justice**

___ (8)(B)(ii) 2) **Case** unusual or **complex**

___ (8)(B)(iii) 3) **Indictment** following arrest **cannot be filed** in thirty (30) days

___ (8)(B)(iv) 4) **Continuance** granted in order to obtain or **substitute counsel**, or give reasonable time to prepare

___ 3161(I)  Time up to **withdrawal of guilty plea**

___ 3161(b)  **Grand jury indictment time extended** thirty (30) more days

A B C D E F G H 6 7 I M N O (P) R T T1 T2 T3 T4 U W

Date ___4-11-08___                                          _____
                                                             Judge's Initials