FILED
08 JUN 16 PM 12: 57
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY:                    DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | CASE NO. 08CR00381-001-GT |
| v. | ) | O R D E R |
| RAUL POLANCO-DIAZ, | ) | |
| Defendant. | ) | |

Pursuant to a written request from the United States Probation Office, the sentencing date presently set for July 18, 2008 is vacated and reset to September 12, 2008 at 9:00 a.m..

If the defendant is on bond, defense counsel is to file an acknowledgment of the next court date by the defendant within a week of receipt of this order.

DATED: June 11, 2008

Gordon Thompson, Jr.
Senior U.S. District Judge

cc: all counsel of record

/ld

```
                                    FILED

                                    08 JUN 16 PM 12:57

                                    U.S. DISTRICT COURT
                                    SOUTHERN DISTRICT OF CALIFORNIA

                                              DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) CASE NO. 08CR00381-001-GT |
| v. | ) O R D E R |
| RAUL POLANCO-DIAZ, | ) |
| Defendant. | ) |

Pursuant to a written request from the United States Probation Office, the sentencing date presently set for July 18, 2008 is vacated and reset to September 12, 2008 at 9:00 a.m..

If the defendant is on bond, defense counsel is to file an acknowledgment of the next court date by the defendant within a week of receipt of this order.

DATED: June 11 2008

Gordon Thompson, Jr.
Senior U.S. District Judge

cc: all counsel of record

/ld